IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



UNITED STATES OF AMERICA,

Plaintiff,

vs.

JASON WAYNE WHITNEY,

Defendant.

CR 18-146-BLG-SPW

ORDER

Upon the Defendant's Motion to Withdraw as Attorney of Record and Appointment of CJA Panel Attorney (Doc. 22), and for good cause appearing,

**IT IS HEREBY ORDERED** that MARK S. WERNER be relieved of all legal duties to Jason Wayne Whitney and that new counsel be appointed as counsel of record for all further proceedings, pursuant to 18 U.S.C. § 3006A.

Further, pursuant to the Criminal Justice Act, *supra*, Cammi J. Woodward, CJA Panel Attorney, is appointed for all further proceedings.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 1st day of March, 2019.

SUSAN P. WATTERS
United States District Judge